Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.,
Successor By Merger to
Chase Home Finance, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEFANO S. CALIGIURI, | Case No. 2:18-cv-000226-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A., TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |
| CHASE HOME FINANCE, LLC, | |
| Defendant. | |
| | (First Request) |

Plaintiff Stefano S. Caligiuri ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC ("Chase"), by and through their respective undersigned counsel, hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1. Chase shall have through and including **Tuesday, May 15, 2018** to file a response to Plaintiff's Complaint on file in this matter.

This request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is intended so the parties may discuss settlement.

| HAINES & KRIEGER | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *David Krieger* | \s\ *Kent F. Larsen,* |
| David Krieger, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 3463 |
| 8985 S. Eastern Avenue, Suite 350 | 1935 Village Center Circle |
| Henderson, Nevada 89123 | Las Vegas, Nevada 89134 |
| Ph: (702) 880-5554 | Ph: (702)252-5002 |
| Fax: (702) 385-5518 | Fax (702) 252-5006 |
| Email: dkrieger@hainesandkrieger.com | Email: kfl@slwlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Stefano S. Caligiuri | JPMorgan Chase Bank, N.A., Successor by Merger to Chase Home Finance, LLC |
| Dated: April 19, 2018 | Dated: April 19, 2018 |

**ORDER**

**IT IS SO ORDERED**.

Dated this __20th__ day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE