Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.,
Successor By Merger to
Chase Home Finance, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEFANO S. CALIGIURI,<br><br>Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE, LLC,<br><br>Defendant. | Case No.  2:18-cv-000226-APG-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A., TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

Plaintiff Stefano S. Caligiuri ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC ("Chase"), by and through their respective undersigned counsel, hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1. Chase shall have through and including **Tuesday, June 4, 2018** to file a response to Plaintiff's Complaint on file in this matter.

This second request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is intended to allow the parties to continue their efforts to reach an informal settlement of the claims in this action.

| HAINES & KRIEGER | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *David Krieger* <br> David Krieger, Esq. <br> Nevada Bar No. 9086 <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br> Ph: (702) 880-5554 <br> Fax: (702) 385-5518 <br> Email: dkrieger@hainesandkrieger.com <br> Attorneys for Plaintiff <br> Stefano S. Caligiuri | \s\ *Kent F. Larsen,* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Ph: (702)252-5002 <br> Fax (702) 252-5006 <br> Email: kfl@slwlaw.com <br> Attorneys for Defendant <br> JPMorgan Chase Bank, N.A., <br> Successor by Merger to <br> Chase Home Finance, LLC |
| Dated: May 14, 2018 | Dated: May 14, 2018 |

### ORDER

**IT IS SO ORDERED.**

Dated this **15th** day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE