Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.,
Successor By Merger to
Chase Home Finance, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEFANO S. CALIGIURI,<br><br>Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE, LLC,<br><br>Defendant. | Case No. 2:18-cv-000226-APG-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A., TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>(Third Request) |

Plaintiff Stefano S. Caligiuri ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC ("Chase"), by and through their respective undersigned counsel, hereby stipulate as follows:

///

///

///

///

///

///

1. Chase shall have through and including **Tuesday, June 19, 2018** to file a response to Plaintiff's Complaint on file in this matter.

This third request for an extension of time to respond to the Complaint is not intended to cause any delay or prejudice to any party, but is intended to allow the parties to continue their efforts to reach an informal settlement of the claims in this action.

| HAINES & KRIEGER | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *David Krieger* | \s\ *Kent F. Larsen,* |
| David Krieger, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 3463 |
| 8985 S. Eastern Avenue, Suite 350 | 1935 Village Center Circle |
| Henderson, Nevada 89123 | Las Vegas, Nevada 89134 |
| Ph: (702) 880-5554 | Ph: (702)252-5002 |
| Fax: (702) 385-5518 | Fax (702) 252-5006 |
| Email: dkrieger@hainesandkrieger.com | Email: kfl@slwlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Stefano S. Caligiuri | JPMorgan Chase Bank, N.A., Successor by Merger to Chase Home Finance, LLC |
| Dated: June 5, 2018 | Dated: June 5, 2018 |

### ORDER

**IT IS SO ORDERED.**

Dated June 6, 2018

_____
UNITED STATES MAGISTRATE JUDGE