Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.,
Successor By Merger to
Chase Home Finance, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEFANO S. CALIGIURI,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE, LLC,<br><br>    Defendant. | Case No. 2:18-cv-00226-APG-NJK<br><br>**STIPULATION AND ORDER<br>TO DISMISS CASE, WITH PREJUDICE** |

    Plaintiff Stefano S. Caligiuri ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC (collectively, "Chase"), by and through their respective undersigned counsel, hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SMITH LARSEN & WIXOM
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134
TEL (702) 252-5002 · FAX (702) 252-5006

1. All claims asserted (or which could have been asserted) by Plaintiff in the above-captioned action as against Chase shall be dismissed, with prejudice; and,

2. Each party shall bear its own attorneys' fees and costs in connection with the above-captioned action.

| AINES & KRIEGER | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *David Krieger* | \s\ *Kent F. Larsen* |
| David Krieger, Esq. | Kent F. Larsen, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 3463 |
| 8985 S. Eastern Avenue, Suite 350 | 1935 Village Center Circle |
| Henderson, Nevada 89123 | Las Vegas, Nevada 89134 |
| Ph: (702) 880-5554 | Ph: (702)252-5002 |
| Fax: (702) 385-5518 | Fax (702) 252-5006 |
| Email: dkrieger@hainesandkrieger.com | Email: kfl@slwlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Stefano S. Caligiuri | JPMorgan Chase Bank, N.A., Successor by Merger to Chase Home Finance, LLC |
| Dated: August 20, 2018 | Dated: August 20, 2018 |

**ORDER**

**IT IS SO ORDERED**.

DATED this __23rd__ day of __August__ 018.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -